UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. PAYNE<br>2300 Good Hope road, SE, Apt 704<br>Washington, D.C. 20020<br><br>                Plaintiff<br>   v.<br><br>DIRK KEMPTHORNE, SECRETARY<br>DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, D.C.  20240<br><br>                Defendant. | Civil Action No.: 08-0164 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

                                                Respectfully submitted,

                                                _____/s/_____
                                                CHRISTIAN NATIELLO, D.C. Bar #473960
                                                Assistant U.S. Attorney
                                                555 Fourth St., N.W.
                                                Room E4112
                                                Washington, D.C. 20530
                                                (202) 307-0338
                                                christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **David A. Branch**, via the court's Electronic Case Filing System (ECF).

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov