## UNITE STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 cv 0164 |
| ) | |
| DIRK KEMPTHORNE, SECRETARY ) | Jury Trial Demand |
| DEPARTMENT OF THE INTERIOR ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DIRK KEMPTHORNE

I, David A. Branch, hereby swear the following:

1. I am counsel of record in this matter for Plaintiff Cassandra Payne and I maintain a business office at 1825 Connecticut Avenue, NW Suite 690, Washington, D.C. 20009.

2. I caused the summons and complaint in this matter to be served on the Defendant Dirk Kempthorne with service on Defendant Kempthorne, the U.S. Attorney General and the U.S. Attorney for the District of Columbia by certified mail, return receipt.

3. Copies of the return receipts are attached to this affidavit. The return receipts indicate that the U.S. Attorney for the District of Columbia was served on May 12, 2008, the U.S. Attorney General was served on May 5, 2008, Dirk Kempthorne was served on May 5, 2008.

     I hereby certify that the foregoing statement is true and correct under penalty of perjury.

/s/ David A. Branch

| | |
|---|---|
| David A. Branch | 5/29/08 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
United States Attorney
555 4th Street NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Earnest L Parker*
☐ Agent
☐ Addressee

B. Received by (Printed Name): MAY 1 2 2008
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 7651 0755

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Earnest L Parker*
☐ Agent
☐ Addressee

B. Received by (Printed Name): MAY 0 5 2008
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 700  7006 2150 0001 7651 0731

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary, Department of the Interior
1849 C Street NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Maupee*
☐ Agent
☐ Addressee

B. Received by (Printed Name): S Maupee
C. Date of Delivery: 5-5-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 7651 0748

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540