**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CASSANDRA M. PAYNE,               ) | |
|                                  ) | |
|       Plaintiff,                  ) | |
|                                  ) | |
|         v.                         ) | Case No.: 08-0164 (CKK) |
|                                  ) | |
| DIRK KEMPTHORNE, Secretary      ) | |
| Department of the Interior,             ) | |
|                                  ) | |
|       Defendant.              ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER**
**OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Dirk Kempthorne, Secretary, Department of the Interior, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the amended complaint on July 7, 2008, resulting in the current deadline of July 24, 2008. With this motion, Defendant requests a new deadline of August 25, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Both undersigned counsel and his client are determining what steps, if any, are appropriate in this case given Plaintiff's $30,000 award, which she has accepted, in the administrative case based on the same facts as the present case.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel spoke with opposing counsel about this motion and opposing counsel consents to the enlargement of time.

A proposed order is attached.

Dated: July 18, 2008.

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-0164 (CKK) |
| | ) |
| DIRK KEMPTHORNE, Secretary | ) |
| Department of the Interior, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before August 25, 2008.

So ordered, this _____ day of _____ 2008.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge