UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. PAYNE,           )<br>                              )<br>       Plaintiff,            )<br>                              )<br>       v.                     )     Case No.: 08-0164 (CKK)<br>                              )<br>DIRK KEMPTHORNE, Secretary    )<br>Department of the Interior,   )<br>                              )<br>       Defendant.             ) | |

**UNOPPOSED MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Dirk Kempthorne, Secretary, Department of the Interior, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. Before an original deadline of July 24, 2008, undersigned counsel filed a motion to enlarge which was granted. The granting of that motion resulted in a current deadline of August 25, 2008. Defendant's motion, if granted, would result in a new deadline of September 25, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Moreover, undersigned counsel will be unavailable for several days between now and August 25th, as will be the deputy chief also assigned to this matter.

This is Defendant's second request to enlarge the time in which he has to answer or otherwise respond to the complaint, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel spoke with opposing counsel about this motion and opposing counsel stated that he does not oppose the enlargement of time.

A proposed order is attached.

Dated: August 19, 2008.

                              Respectfully submitted,

                    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                    /s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CASSANDRA M. PAYNE, </br></br>    Plaintiff, </br></br>       v. </br></br>DIRK KEMPTHORNE, Secretary </br>Department of the Interior, </br></br>    Defendant. | ) </br>) </br>) </br>) </br>)   Case No.: 08-0164 (CKK) </br>) </br>) </br>) </br>) </br>) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Unopposed Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before September 25, 2008.

So ordered, this _____ day of _____ 2008.

 

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge